# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3305

_____

Algie R. Neal,

       Appellant,

v.

Eniva Corporation,

       Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: September 7, 2006
Filed: September 22, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Algie Neal appeals the district court's[1] adverse grant of summary judgment in his Title VII suit claiming race discrimination against his former employer, Eniva Corporation. Having carefully reviewed the record, *see Jacob-Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.